# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:06cv235

| | |
|---|---|
| DANIELLE HATTEN, as a minor child by and through her Guardian ad Litem, Custodial Parent and Next of Kin, Gregory Allen Hatten; and GREGORY ALLEN HATTEN, ) ) ) ) ) ) Plaintiffs, ) ) Vs. ) ) RODGER J. MORGAN; ) TRANSYLVANIA COUNTY DSS; ) LOUISE KOONTZ; DOTTIE HARRIS; ) and CARSON GRIFFIN, ) ) Defendants. ) | **ORDER** |

**THIS MATTER** is before the court on the court's own Motion for Case Status. Having considered the motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that this matter is set for a **STATUS CONFERENCE** on July 12, 2007, at 3 p.m., in Asheville. The guardian ad litem for the minor plaintiff shall personally attend such conference.

Signed: June 18, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge